# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2014

*The Court of Appeals hereby passes the following order:*

**A13A1931. PARK et al. v. BRYANT.**

This appeal was redocketed as case number A13A2230 after being returned from the Georgia Supreme Court. It appearing that case number A13A1931 exists due to clerical error, and the issue on appeal having been decided by the dismissal of A13A2230, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/24/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*